### WHITNEY vs. POST and others.

Where a cause pending before a vice chancellor is in readiness for hearing, but cannot be heard, because such vice chancellor before his appointment had been counsel in the cause, the chancellor upon application to him may direct the cause to be heard before any other vice chancellor, at a stated term of his court. And in such case, the decree must be entered with the clerk of the circuit where the suit was pending; the name of the vice chancellor before whom the cause was heard being inserted in the caption of the decree, instead of the name of the vice chancellor of that circuit.

THIS cause was in readiness for hearing before the vice chancellor of the eighth circuit, who was legally incompetent to hear and decide it, because he had been counsel for one of the parties. An application was therefore made to the chancellor, either to hear the cause himself, or to refer it to some other vice chancellor to hear and decide the same.

The CHANCELLOR directed the cause to be heard before the vice chancellor of the fifth circuit, at any of his regular terms; and that the decree which might be made therein be entered by the clerk of the eighth circuit, inserting the name of the vice chancellor before whom the cause was heard in the caption of such decree, instead of the name of the vice chancellor of the eighth circuit.